IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THEODORE STEENWERTH, | CIVIL ACTION NO.: CV214-026 |
| Plaintiff, | |
| v. | |
| CAMDEN COUNTY, GEORGIA; KENNETH MARTIN WORTHY; STEPHEN V. KINNEY; JUDGE STEPHEN G. SCARLETT; PHILIP MORRIS; MONICA JONES; TIMOTHY PENNINGTON; MELINDA TERRY; CAMDEN COUNTY GA SHERIFF'S DEPT.; DR. BARRON; G.A., Annalisa Morris' child; J.A., Annalisa Morris' child; and MICHELLE McPHATTER, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. Plaintiff's Objections fail to reveal that any of the named Defendants violated Plaintiff's constitutional rights in such a way that would allow Plaintiff to proceed in a 42 U.S.C. § 1983 action against these named individuals. Based on Plaintiff's allegations, it appears that the Georgia court system is the appropriate forum to entertain his claims.

Plaintiff's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against Defendants: Camden County, Georgia; Philip Morris; Monica Jones; Timothy Pennington; Melinda Terry; Camden County, GA Sheriff's Dept.; Dr. Barron; G.A; J.A.; and Michelle McPhatter are **DISMISSED**, without prejudice. Plaintiff's claims against Defendants Worthy, Kinney, and Scarlett are **DISMISSED**, with prejudice. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22 day of September, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA